the Penal Code. Decided November 6, 1914. Judgments affirmed. *Mr. Salvador Mestre, fiscal,* for The People. The accused did not appear.

---

Nos. 136, 135, 133. HERNÁNDEZ, PETITIONER, *v.* FOOTE, DISTRICT JUDGE, RESPONDENT.—Applications for writs of *certiorari* to the Judge of the District Court of Mayagüez. Decided November 6, 1914. Applications denied. The petitioner appeared *pro se.* The respondent did not appear.

---

No. 1195. SERRANO, PLAINTIFF AND RESPONDENT, *v.* BERDIEL ET AL., DEFENDANTS AND APPELLANTS.—Appeal from the District Court of Ponce in an action for nullity of foreclosure proceedings, etc. Motion by respondent for the dismissal of the appeal. Decided November 9, 1914. Motion of respondent overruled because appellants filed their brief before the hearing on the motion. *Mr. Francisco Parra Capó* for the appellants. *Mr. Ramón Dapena* for the respondent.

---

No. 131. HERNÁNDEZ, PETITIONER, *v.* FOOTE, DISTRICT JUDGE, RESPONDENT.—Application for a writ of *certiorari* to the Judge of the District Court of Mayagüez. Decided November 10, 1914. Application denied. The petitioner appeared by brief *pro se.* The respondent did not appear.

---

No. 1234. CABRER, PLAINTIFF AND RESPONDENT, *v.* BLANCH, DEFENDANT AND APPELLANT.—Appeal from the District Court of Mayagüez in an action of debt. Motion by the respondent, with the consent of the appellant, for dismissal of the appeal. Decided November 11, 1914. Appeal dismissed for failure to file a transcript of the record. *Mr. Luis Janer Landrón* for the appellant. *Mr. José Sabater* for the respondent.